ROBERT T. HASLAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA BAR NO. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (CA BAR NO. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA BAR NO. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff and Defendant
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, | Case No. 07-ML-01816-B-RGK (FFMx) |
| Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., CV 07-2192 RGK (FFMx) | **PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S REPLY TO AQUILA, INC.'S AMENDED COUNTERCLAIMS** |
| | The Honorable R. Gary Klausner |

Plaintiff and Counterclaim-Defendant Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing") replies to the Amended Counterclaims of Defendant and Counterclaim-Plaintiff Aquila, Inc. as follows:

1. On information and belief, Katz Technology Licensing admits that Aquila, Inc. is a Delaware corporation with its principal place of business at 20 West Ninth Street, Kansas City, Missouri 64105.

2. Katz Technology Licensing admits that it is a California limited partnership with its principal place of business at 9220 Sunset Boulevard, Suite 315, Los Angeles, California 90069.

3. Katz Technology Licensing: (a) admits that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a); (b) admits that Aquila purports to bring its counterclaims for a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, as alleged in Paragraph 3 of its Counterclaims; and (c) denies the viability of that request for a declaratory judgment.

4. Katz Technology Licensing admits that venue is proper in the United States District Court, District of Delaware, with regard to Katz Technology Licensing's claims and Aquila's counterclaims in this action. Katz Technology Licensing further admits that this action has been transferred to the Central District of California for pre-trial proceedings as part of Multidistrict Litigation No. 1816.

5. Katz Technology Licensing admits that an actual controversy has arisen and now exists between Katz Technology Licensing and Aquila regarding Aquila's infringement of the patents identified in Paragraph 105 of Katz Technology Licensing's Amended Complaint in this action. Katz Technology Licensing denies the remaining allegations set forth in Paragraph 5 of Aquila's Counterclaims.

6. Katz Technology Licensing denies the allegations set forth in Paragraph 6 of Aquila's Counterclaims.

7. Katz Technology Licensing denies the allegations set forth in Paragraph 7 of Aquila's Counterclaims.

8. Katz Technology Licensing denies the allegations set forth in Paragraph 8 of Aquila's Counterclaims.

## PRAYER FOR RELIEF

Katz Technology Licensing respectfully requests that, in response to Aquila's Counterclaims, this Court:

1. Dismiss Aquila's Counterclaims with prejudice;

2. Adjudge that Aquila is not entitled to any relief, including any of the relief requested in its prayer for relief; and

3. Award to Katz Technology Licensing the relief requested in its Complaint and such other relief as the Court may deem appropriate and just under the circumstances.

DATED:  February 4, 2008          HELLER EHRMAN LLP

By  /s/ *Robert T. Haslam*
     Robert T. Haslam
Attorneys for Plaintiff and Counterclaim-Defendant
Ronald A. Katz Technology Licensing, L.P.