Matthew J. Moore
moorem@howrey.com
Pamela S. Kane
kanep@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone 202.783.0800
Facsimile 202.383.6610

Liaison Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Katz Interactive Call Processing Patent Litigation<br><br>This document relates to:<br><br>ALL "B" TRACK ACTIONS<br>(except CV 07-02254 RGK (FFMx))<br><br>Case Nos. CV 07-2096 RGK (FFMx), CV 07-2099 RGK (FFMx), CV 07-2101 RGK (FFMx), CV 07-2134 RGK (FFMx), CV 07-2192 RGK (FFMx), CV 07-2196 RGK (FEMx), CV-07-2213 RGK (FFMx), CV 07-2220 RGK (FFMx), CV 07-2250 RGK (FFMx), CV 07-2257 RGK (FFMx), CV 07-2299 RGK (FFMx), CV 07-2322 RGK (FFMx), CV 07-2325 RGK (FFMx), CV 07-2336 RGK (FFMx), CV 07-2339 RGK (FFMx), CV 07-2340 RGK (FFMx), CV 07-2360 RGK (FFMx), CV 07-3002 RGK (FFMx) | Case No. CV 2:07-ML-01816-B-RGK (FFMx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103**<br><br>Date: To Be Determined<br>Time: To Be Determined<br><br>Judge: Hon R. Gary Klausner |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103

CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the Defendants listed below will, and hereby do, move for summary judgment (pursuant to Rules 56(a), (b), (d) and (e) of the Federal Rules of Civil Procedure) of patent invalidity under 35 U.S.C. §§ 102 and/or 103 in accordance with the Court's March 13, 2008 Order (Dkt. No. 1712) extending the date for filing joint summary judgment motions to 10 court days from plaintiff's final claim selections.

This Motion is based upon this Notice of Motion, the accompanying memorandum in support and the statement of uncontroverted facts and conclusions of law, declarations, and exhibits filed therewith.

.

Date: _April 3, 2008               Respectfully submitted,

/s/ Pamela S. Kane
Matthew J. Moore
Pamela S. Kane
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  202-783-0800
Facsimile:  202-383-6610
Email:  moorem@howrey.com
        kanep@howrey.com

Liaison Counsel for Defendants

## **JOINING DEFENDANTS**

| PARTY | COUNSEL |
|---|---|
|  |  |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103     -1-     CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

| PARTY | COUNSEL |
|---|---|
| Reliant Energy, Inc.<br>Reliant Energy Retail Services, LLC<br><br>**Group Email:**<br>**reliant-katz@bakerbotts.com** | Mitchell D. Lukin<br>mitch.lukin@bakerbotts.com<br>Scott Partridge<br>Scott.Partridge@bakerbotts.com<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX  77002-4995<br>Phone:  713-229-1234<br>Fax:      713-229-1522 |
| Pepco Holdings, Inc.<br>PHI Service Company<br>Delmarva Power & Light Company<br><br>**Group Email:**<br>**Katz@StandleyLLP.com** | Jeffrey S. Standley<br>jstandley@standleyllp.com<br>F. Michael Speed, Jr.<br>mspeed@standleyllp.com<br>James L. Kwak<br>jkwak@standleyllp.com<br>STANDLEY LAW GROUP, LLP<br>495 Metro Place, Suite 210<br>Dublin, OH  43017<br>Phone:  614-792-5555<br>Fax:      614-792-5536 |
| Duke Energy Corporation<br>Cinergy Corporation<br><br>**Group Email:**<br>**A&B-Katz@alston.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: 404-881-7000<br>Fax:      404-881-7777 |
| TD Banknorth Inc.<br><br>**Group Email:**<br>**tdbanknorth-Katz@dechert.com** | Martin J. Black<br>martin.black@dechert.com<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>Phone:  215-994-4000<br>Fax:      215-994-2222 |
| Experian Information Solutions, Inc.<br><br>**Group Email:**<br>**JonesDay_Katz@jonesday.com** | Samuel J. Najim<br>snajim@jonesday.com<br>JONES DAY<br>1420 Peachtree Street, N.E. Suite 800<br>Atlanta, GA  30309-3053<br>Phone:  404-521-3939<br>Fax:      404-581-8330 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103
DM_US:21087766_1
-2-
CV 2:07-ML-01816-B-RGK-(FFMx)

| PARTY | COUNSEL |
|---|---|
| Comerica Incorporated<br>Comerica Bank & Trust, N.A.<br>Comerica Securities, Inc.<br><br>**Group Email:**<br>**Comerica_RAKTL@skadden.com** | Daniel A. DeVito<br>ddevito@skadden.com<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036<br>Phone:   212-735-3000<br>Fax:        212-735-2000 |
| Dillard's, Inc.<br>Dillard Investment Co., Inc.<br><br>**Group Emails:**<br>  **A&B-Katz@alston.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>George D. Medlock, Jr. (Ga. Bar No. 500770)<br>george.medlock@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Phone: 404-881-7000<br>Fax:     404-881-7777 |
| Ahold U.S.A., Inc.<br>The Stop & Shop Supermarket Company LLC<br>Giant Food Stores, LLC<br>Giant Food LLC<br>Giant Food Inc.<br><br>**Group Email:**<br>**A&B-Katz@alston.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>Robert L. Lee (Ga. Bar No. 443978)<br>bob.lee@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: 404-881-7000<br>Fax:     404-881-7777 |
| Rite Aid Corporation<br>Rite Aid of Delaware, Inc.<br><br>**Group Email:**<br>**riteaidkatz0095@morganlewis.com** | Thomas B. Kenworthy<br>tkenworthy@morganlewis.com<br>Alison B. Weisberg<br>aweisberg@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Phone: 215-963-5000<br>Fax:     215-963-5001 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103
DM_US:21087766_1

-3-

CV 2:07-ML-01816-B-RGK-(FFMx)

| PARTY | COUNSEL |
|---|---|
| Time Warner Cable Inc.<br>Time Warner NY Cable LLC<br>Time Warner Entertainment Company, L.P.<br><br>**Group Emails:**<br>**A&B-Katz@alston.com**<br>**Katz@StandleyLLP.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone:  404-881-7000<br>Fax:     404-881-7777<br><br>Jeffrey S. Standley<br>jstandley@standleyllp.com<br>F. Michael Speed, Jr.<br>mspeed@standleyllp.com<br>James L. Kwak<br>jkwak@standleyllp.com<br>STANDLEY LAW GROUP, LLP<br>495 Metro Place, Suite 210<br>Dublin, OH  43017<br>Phone:  614-792-5555<br>Fax:     614-792-5536 |
| AOL LLC<br>Compuserve Interactive Services, Inc.<br>Netscape Communications Corp.<br><br>**Group Email:**<br>**A&B-Katz@alston.com**<br>**Katz@StandleyLLP.com**<br>**dmmaxwell@duanemorris.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone:  404-881-7000<br>Fax:     404-881-7777<br><br>Jeffrey S. Standley<br>jstandley@standleyllp.com<br>F. Michael Speed, Jr.<br>mspeed@standleyllp.com<br>James L. Kwak<br>jkwak@standleyllp.com<br>STANDLEY LAW GROUP, LLP<br>495 Metro Place, Suite 210<br>Dublin, OH  43017<br>Phone:  614-792-5555<br>Fax:     614-792-5536<br><br>David M. Maxwell<br>DUANE MORRIS LLP<br>1180 West Peachtree Street, Suite 700<br>Atlanta, Georgia  30309<br>Phone:   404-253-6957<br>Fax:      404-745-8435 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103      -4-      CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

| PARTY | COUNSEL |
|---|---|
| United States Cellular Corporation<br>TDS Telecommunications Corporation<br>TDS Metrocom, LLC<br><br>**Group Email:**<br>**Leydig-Katz@leydig.com** | John W. Kozak<br>jkozak@leydig.com<br>Steven P. Petersen<br>spetersen@leydig.com<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780<br>Phone: 312-616-5600<br>Fax:     312-616-5700 |
| Cablevision Systems Corporation<br>CSC Holdings, Inc.<br>Cablevision Systems New York City<br>    Corporation<br>Cablevision of Brookhaven, Inc.<br>Cablevision of Connecticut Corporation<br>Cablevision of Hudson County, Inc.<br>Cablevision of Litchfield, Inc.<br>Cablevision of Monmouth, Inc.<br>Cablevision of New Jersey, Inc.<br>Cablevision of Oakland, LLC<br>Cablevision of Rockland/Ramapo, LLC<br><br>**Group Email:**<br>**NY-Cablevision-Katz@gibsondunn.com** | David A. Segal<br>dsegal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Phone: 949-451-3800<br>Fax:     949-475-4663<br><br>Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, Suite 4700<br>New York, NY 10166<br>Phone: 212-351-4000<br>Fax:     212-351-6390 |
| Charter Communications, Inc.<br>Charter Communications Holding Company,<br>    LLC<br>Charter Communications Operating, LLC<br>Charter Communications Entertainment I, LLC<br><br>**Group Email:**<br>**A&B-Katz@alston.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>Angela Payne James<br>(Ga. Bar No. 568086)<br>angela.james@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: 404-881-7000<br>Fax:     404-881-7777 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103

-5-

CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

| PARTY | COUNSEL |
|---|---|
| American International Group, Inc.<br>AIG Retirement Services, Inc.<br>21st Century Insurance Group<br>21st Century Insurance Company<br>21st Century Casualty Company<br>AIG Marketing, Inc.<br>AIG SunAmerica Asset Management Corp.<br>AIG Annuity Insurance Company<br>AIG Federal Savings Bank<br>The United States Life Insurance Company in the City of New York<br>AIG Life Insurance Company<br>American General Assurance Company<br>American General Indemnity Company<br>American General Life and Accident Insurance Company<br>American General Life Insurance Company<br>The Variable Annuity Life Insurance Company<br>VALIC Financial Advisors, Inc.<br>VALIC Retirement Services Company<br><br>**Group Email:**<br>**Katz_AIG@mwe.com** | Brian E. Ferguson<br>bferguson@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, DC  20005-3096<br>Phone:  202-756-8000<br>Fax:       202-756-8087 |
| Aquila, Inc.<br><br>**Group Emails:**<br>**aquila-katz@sonnenschein.com**<br>**jcox@sonnenschein.com** | Juliet A. Cox<br>jcox@sonnenschein.com<br>SONNENSCHEIN, NATH & ROSENTHAL LLP<br>4520 Main, Suite 1100<br>Kansas City, MO  64111<br>Phone:  816-460-2400<br>Fax:       816-531-7545 |
| DHL Holdings (USA) Inc.<br>DHL Express (USA) Inc.<br>Sky Courier, Inc.<br><br>**Group Email:**<br>**DHL-Katz@orrick.com** | Mark J. Shean<br>mshean@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92614-2558<br>Phone: 949-567-6700<br>Fax:      949-567-6710 |
| CIGNA Corporation<br>CIGNA Health Corporation<br>CIGNA HealthCare of Delaware, Inc.<br>Tel-Drug, Inc.<br>Tel-Drug of Pennsylvania, LLC<br><br>**Group Email:**<br>**Katz_CIGNA@mwe.com**<br><br>**Cigna_Katz@gibsondunn.com** | Brian E. Ferguson<br>bferguson@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, DC  20005-3096<br>Phone:  202-756-8000<br>Fax:       202-756-8087<br><br>Michael D. Billok<br>Mark A. Perry<br>GIBSON, DUNN AND CRUTCHER LLP<br>1050 Connecticut Ave NW<br>Washington, DC  20036<br>Phone: 202-887-3500<br>Fax:      202-530-9534 |

HOWREY LLP

DM_US:21087766_1

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103

-6-

CV 2:07-ML-01816-B-RGK-(FFMx)

| PARTY | COUNSEL |
|---|---|
| Wilmington Trust Company<br>Wilmington Brokerage Services Company<br><br>**Group Email:**<br>**Wilmington_RAKTL@cozen.com** | Camille M. Miller<br>cmiller@cozen.com<br>COZEN O'CONNOR, P.C.<br>1900 Market Street<br>Philadelphia, PA  19103<br>Phone:  215-665-7273<br>Fax:      215-701-2273 |
| American Airlines, Inc.<br>American Beacon Advisors, Inc.<br><br>**Group Emails:**<br>**AmericanAirlines_RAKTL@mckoolsmith.com**<br>**AmericanAirlines_RAKTL@weil.com** | Peter J. Ayers<br>payers@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>300 W. Sixth Street, #1700<br>Austin, TX  78701<br>Phone:  512-692-8700<br>Fax:      512-692-8744<br><br>Vernon M. Winters<br>vern.winters@weil.com<br>Christopher J. Cox<br>chris.cox@weil.com<br>Jill J. Ho<br>jill.ho@weil.com<br>WEIL, GOTSHAL & MANGES, LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Phone:  650-802-3000<br>Fax:      650-802-3100 |
| FedEx Corporation<br>Federal Express Corporation<br>FedEx Corporate Services, Inc.<br>FedEx Customer Information Services, Inc.<br><br>**Group Emails:**<br>**FedEx-RAKTL@finnegan.com** | Jeff A. Berkowitz<br>jeffrey.berkowitz@finnegan.com<br>James J. Boyle<br>james.boyle@finnegan.com<br>Beth Z. Shaw<br>beth.shaw@finnegan.com<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>Phone:  571-203-2700<br>Fax:      202-408-4400 |
| National Railroad Passenger Corporation, d/b/a Amtrak<br><br>**Group Email:**<br>**Amtrak-Katz@steptoe.com** | Scott W. Doyle<br>sdoyle@steptoe.com<br>Steven J. Barber<br>sbarber@steptoe.com<br>STEPTOE AND JOHNSON LLP<br>1330 Connecticut Ave. NW<br>Washington, DC  20036<br>Phone:  202-429-3000<br>Fax:      202-429-3902 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103

-7-

CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

| PARTY | COUNSEL |
|---|---|
| Aetna Inc.<br>Aetna RX Home Delivery, LLC<br><br>**Group Emails:**<br>**Leydig-Katz@leydig.com**<br>**AKLLP-Katz@andrewskurth.com** | Steven P. Petersen<br>spetersen@leydig.com<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL  60601<br>Phone:   312-616-5600<br>Fax:       312-616-5700<br><br>John B. Shely<br>johnshely@andrewskurth.com<br>J. Scott Carothers<br>scottcarothers@andrewskurth.com<br>ANDREWS KURTH LLP<br>600 Travis Street, Suite 4200<br>Houston, TX  77002<br>Phone:   713-220-4200<br>Fax:       713-220-4285 |
| Caremark RX, Inc.<br>Caremark Inc. D/B/A Caremark Prescription Services<br><br>**Group Email:**<br>**CHGO-RAKTLMDL-ALL@foley.com** | David R. Melton<br>Gregory S. Norrod<br>Jonathan R. Spivey<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL  60610<br>Phone:  312-832-4500<br>Fax:      312-832-4700 |
| The Kroger Co.<br>Kroger Texas L.P.<br>Healthy Options, Inc., D/B/A Postal Prescription Services<br><br>**Group Email:**<br>**Kroger_Katz@kslaw.com** | Holmes J. Hawkins, III<br>hhawkins@kslaw.com<br>KING & SPALDING, LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309<br>Phone:   404-572-2443<br>Fax:       404-572-5134 |
| T-Mobile USA, Inc.<br><br>**Group Email:**<br>**A&B-Katz@alston.com** | Patrick J. Flinn (Ca. Bar No. 104423)<br>patrick.flinn@alston.com<br>Robin McGrath (Ga. Bar No. 493115)<br>robin.mcgrath@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone:  404-881-7000<br>Fax:      404-881-7777 |
| American Electric Power Company, Inc.<br>Southwestern Electric Power Company<br><br>**Group Emails:**<br>**Katz@StandleyLLP.com** | Jeffrey S. Standley<br>jstandley@standleyllp.com<br>F. Michael Speed, Jr.<br>mspeed@standleyllp.com<br>STANDLEY LAW GROUP, LLP<br>495 Metro Place, Suite 210<br>Dublin, OH  43017<br>Phone:  614-792-5555<br>Fax:      614-792-5536 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103
DM_US:21087766_1
-8-
CV 2:07-ML-01816-B-RGK-(FFMx)

| PARTY | COUNSEL |
|---|---|
| CenterPoint Energy, Inc.<br>CenterPoint Energy Houston Electric LLC<br>CenterPoint Energy Resources Corp.<br><br>**Group Email:**<br>**JonesDay_Katz@jonesday.com** | Samuel J. Najim<br>snajim@jonesday.com<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA  30309-3053<br>Phone:  404-521-3939<br>Fax:       404-581-8330 |
| Whirlpool Corporation<br><br>**Group Email:**<br>**KatzMDLTeam@howrey.com** | Matthew J. Moore<br>moorem@howrey.com<br>HOWREY LLP<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2402<br>Phone:  202-783-0800<br>Fax:       202-383-6610 |
| Cox Communications, Inc.<br>Coxcom, Inc.<br><br>**Group Emails:**<br>**Cox-Katz@kilpatrickstockton.com** | William H. Boice<br>bboice@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, Sutie 2800<br>Atlanta, GA  30309<br>Phone:  404-815-6464<br>Fax:       404-541-3134 |
| The DirecTV Group, Inc.<br>DirecTV, Inc.<br>DirecTV Holdings, LLC<br>DirecTV Enterprises, LLC<br>DirecTV Customer Services, Inc.<br><br>**Group Email:**<br>**quinn_katz@quinnemanuel.com** | William C. Price<br>williamprice@quinnemanuel.com<br>Steven M. Anderson<br>stevenanderson@quinnemanuel.com<br>Marshall M. Searcy III<br>marshallsearcy@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER &<br>     HEDGES LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Phone:  213-443-3000<br>Fax:       213-443-3100 |
| Earthlink, Inc.<br><br>**Group Emails:**<br>**Earthlink-Katz@kilpatrickstockton.com** | William H. Boice<br>bboice@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, Sutie 2800<br>Atlanta, GA  30309<br>Phone:  404-815-6464<br>Fax:       404-541-3134 |

HOWREY LLP

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTIONS 102 AND 103       -9-       CV 2:07-ML-01816-B-RGK-(FFMx)

DM_US:21087766_1

| PARTY | COUNSEL |
|---|---|
| General Electric Capital Corporation<br>General Electric Capital Services, Inc.<br>General Electric Company<br>General Electric Consumer Finance, Inc.<br><br>**Group Email:**<br>**KatzMDLTeam@howrey.com** | Matthew J. Moore<br>moorem@howrey.com<br>Pamela S. Kane<br>kanep@howrey.com<br>HOWREY LLP<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2402<br>Phone:   202-783-0800<br>Fax:        202-383-6610 |
| | |
| General Motors Corporation<br><br>**Group Email:**<br>**KatzMDLTeam@howrey.com** | Matthew J. Moore<br>moorem@howrey.com<br>HOWREY LLP<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2402<br>Phone:   202-783-0800<br>Fax:        202-383-6610 |
| | |
| Humana Inc.<br>Humana Military Healthcare Services, Inc.<br><br>**Group Email:**<br>**Katz@StandleyLLP.com** | Jeffrey S. Standley<br>jstandley@standleyllp.com<br>F. Michael Speed, Jr.<br>mspeed@standleyllp.com<br>James L. Kwak<br>jkwak@standleyllp.com<br>STANDLEY LAW GROUP, LLP<br>495 Metro Place, Suite 210<br>Dublin, OH  43017<br>Phone:   614-792-5555<br>Fax:        614-792-5536 |
| | |
| U.S. Bancorp<br>U.S. Bank, NA<br><br>**Group Email:**<br>**CHGO-RAKTLMDL-ALL@foley.com** | David R. Melton<br>Gregory S. Norrod<br>Jonathan R. Spivey<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL  60610<br>Phone: 312-832-4500<br>Fax:        312-832-4700 |
| | |
| CVS Corporation (CVS Caremark Corporation)<br><br>**Group Email:**<br>**CVS-Katz@mintz.com** | A. Jason Mirabito<br>jmirabito@mintz.com<br>Kyle Turley<br>kturley@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND<br>     POPEO, P.C.<br>One Financial Center<br>Boston, MA  02111<br>Phone:   617-542-6000<br>Fax:        617-542-2241 |

HOWREY LLP