Matthew J. Moore
  moorem@howrey.com
Pamela S. Kane
  kanep@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone 202.783.0800
Facsimile  202.383.6610

Liaison Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Katz Interactive Call Processing Patent Litigation<br><br>This document relates to:<br><br>ALL "B" TRACK ACTIONS<br>(except CV 07-02254 RGK (FFMx))<br><br>Case Nos. CV 07-2096 RGK (FFMx), CV 07-2099 RGK (FFMx), CV 07-2101 RGK (FFMx), CV 07-2134 RGK (FFMx), CV 07-2192 RGK (FFMx), CV 07-2196 RGK (FEMx), CV-07-2213 RGK (FFMx), CV 07-2220 RGK (FFMx), CV 07-2250 RGK (FFMx), CV 07-2257 RGK (FFMx), CV 07-2299 RGK (FFMx), CV 07-2322 RGK (FFMx), CV 07-2325 RGK (FFMx), CV 07-2336 RGK (FFMx), CV 07-2339 RGK (FFMx), CV 07-2340 RGK (FFMx), CV 07-2360 RGK (FFMx), CV 07-3002 RGK (FFMx) | Case No. CV 2:07-ML-01816-B-RGK (FFMx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTION 112**<br><br>Date: To Be Determined<br>Time: To Be Determined<br><br>Judge: Hon R. Gary Klausner<br>Ctrm: Courtroom 850 |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the Defendants listed below will, and hereby do, move for summary judgment of patent invalidity under 35 U.S.C. § 112 in accordance with the Court's March 13, 2008 Order (Dkt. No. 1712) extending the date for filing joint summary judgment motions to 10 court days from plaintiff's final claim selections.

This Motion is based upon this Notice of Motion, the accompanying memorandum in support and the statement of uncontroverted facts and conclusions of law, declarations, and exhibits filed therewith.

Date: April 3, 2008   Respectfully submitted,

/s/ Matthew J. Moore
Matthew J. Moore
Pamela S. Kane
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  202-783-0800
Facsimile:  202-383-6610
Email:  moorem@howrey.com
          kanep@howrey.com

Liaison Counsel for Defendants

HOWREY LLP