LAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA BAR NO. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7000
Facsimile:   (650) 324-0638

MICHAEL K. PLIMACK (CA BAR NO. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA BAR NO. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268

Attorneys for Plaintiff and Defendant
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, | Case No. 07-ML-01816-B-RGK (FFMx) |
| This document relates to: | **RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S JOINDER IN PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF RAKTL'S SELECTED CLAIMS UNDER SECTION 112** |
| Ronald A. Katz Technology Licensing, L.P. v. Reliant Energy, Inc., CV 07-2096 RGK (FFMx) | |
| Ronald A. Katz Technology Licensing, L.P. v. TD Banknorth Inc., CV 07-2099 RGK (FFMx) | |
| Ronald A. Katz Technology Licensing, L.P. v. Ahold U.S.A., Inc., CV 07-2101 RGK (FFMx) | The Honorable R. Gary Klausner |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc., CV 07-2134 RGK (FFMx) | |
| Ronald A. Katz Technology Licensing, L.P. v. American Int'l Group, Inc., CV 07-2192 RGK (FFMx) | |
| CVS Corporation v. Ronald A. Katz Technology Licensing, L.P., CV 07-3002 RGK (FFMx) | |

Heller Ehrman LLP

Plaintiff and Defendant Ronald A. Katz Technology Licensing, L.P. ("Katz"), through Heller Ehrman LLP, its counsel of record in the above-captioned cases transferred from the District of Delaware, hereby joins in Plaintiff's Opposition To Defendants' Motion For Summary Judgment Of Invalidity Of RAKTL's Selected Claims Under Section 112 and supporting documents filed by Katz in the cases transferred from the District of Texas in which Cooley Godward Kronish LLP represents Katz..

April 30 2008          HELLER EHRMAN LLP

By: /s/ *Robert T. Haslam*
     Robert T. Haslam
Attorneys for Plaintiff and Defendant
Ronald A. Katz Technology Licensing, L.P.