UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 07-ML-01816-B-RGK (FFMx) | Date | May 6, 2008 |
|---|---|---|---|
| Title | IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | | |

ALL "B" TRACK ACTIONS
(except CV 07-02254 RGK (FFMx))

CV 07-2096 RGK (FFMx), CV 07-2099 RGK (FFMx), CV 07-2101 RGK (FFMx), CV 07-2134 RGK (FFMx),  CV 07-2192 RGK (FFMx), CV 07-2196 RGK (FFMx), CV-07-2213 RGK (FFMx) CV 07-2220 RGK (FFMx), CV 07-2250 RGK (FFMx), CV 07-2257 RGK (FFMx), CV 07-2299 RGK (FFMx), CV 07-2322 RGK (FFMx), CV 07-2325 RGK (FFMx), CV 07-2326 RGK (FFMx), CV 07-2336 RGK (FFMx), CV 07-2339 RGK (FFMx), CV 07-2340 RGK (FFMx), CV 07-2356 RGK (FFMx), CV 07-2360 RGK (FFMx) CV 07-3002 RGK (FFMx)

| Present: The Honorable | R. GARY KLAUNSER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Lead Attorneys Present for Plaintiffs: | Lead Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers) Order Regarding Motion to Strike All or Part of Defendants' Collective Motion for Summary Judgment and for Additional Time (DE 1987)

This Court previously granted some of the defendants in this multi-district litigation leave to file a second joint summary judgment motion for patent invalidity based on the prior art. This Court set a 35 page limit. The defendants subsequently filed a motion that complied with the page limit by including a two page table that provided an index to numerous combinations of prior art that supposedly renders each of 58 claims obvious. That index references a 293 page, 1864 paragraph Statement of Uncontroverted Facts and Conclusions of Law. That document in turn references three separate declarations of 454, 276 and 24 pages respectively. These declarations in turn reference voluminous exhibits primarily consisting of various prior art references and plaintiff's patents.

In response plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz") has filed a Motion to Strike All or Part of Defendants' Collective Motion for Summary Judgment and for Additional Time. The plaintiff understandably seeks to have the motion struck for violating the page limit. Alternatively, the plaintiff seeks more time to oppose the motion or for rebuttal expert reports.

The Court is concerned that striking defendants' motion would unfairly deny defendants' the ability to raise meritorious defenses in a summary judgment motion. Moreover, the defendants have previously persuaded the Court that a second joint motion is the most efficient vehicle for disposing of issues on summary judgment. However, the size of defendants' motion is troubling. It clearly exceeds

the spirit, if not the letter, of this Court's page limit and it looks suspiciously like an attempt to overwhelm the plaintiff with arguments that have little chance of actually prevailing. This Court cannot make that determination without studying the underlying merits of the motion itself.

As a result, this Court will allow the moving defendants to select the ten claims for which defendants believe they have the strongest invalidity defenses. That selection will be filed four court days from the date this Order is issued. Plaintiff will have until May 30, 2008 to file an opposition with respect to these ten claims. Reply briefs will be due June 16, 2008. The Court will initially rule on defendants' summary judgment motion with respect to these ten claims.

If the Court denies defendants' motion with respect to all ten claims, the Court will strike the remaining portion of defendants' motion for invalidity. There is no point in allowing excessive briefing on the weaker defenses if the defendants cannot prevail on their strongest defenses. On the other hand, if the Court grants defendants' motion with respect to a substantial number of the ten claims, the Court will allow defendants' entire briefing to remain intact. The Court is willing to review briefing that exceeds the page limit when there is a likelihood that it will narrow the issues. In that case, the Court will set a date for the plaintiff to oppose the balance of defendants' motion. Finally, if the Court finds that a few claims are invalid, the Court will select some middle ground. The specifics will be determined at the same time the Court rules on defendants' summary judgment with respect to the ten selected claims.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| Initials of Preparer | slw |