ROBERT T. HASLAM (CA Bar No. 71134) robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA BAR NO. 191516) andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7000
Facsimile:   (650) 324-0638

MICHAEL K. PLIMACK (CA Bar No. 133869) michael.plimack@hellerehrman.com
DALE A. RICE (CA BAR NO. 146249) dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, <br><br> This document relates to: <br><br> Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., et al., CV 07-2192 RGK (FFMx) | Case No. 07-ML-01816-B-RGK (FFMx) <br><br> STIPULATION OF DISMISSAL OF DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., AIG RETIREMENT SERVICES, INC., 21ST CENTURY INSURANCE GROUP, 21ST CENTURY INSURANCE COMPANY, 21ST CENTURY CASUALTY COMPANY, AIG MARKETING, INC., AIG SUNAMERICA ASSET MANAGEMENT CORP., AIG ANNUITY INSURANCE COMPANY, AIG FEDERAL SAVINGS BANK, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, AIG LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY, THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC., VALIC RETIREMENT SERVICES COMPANY <br><br> The Honorable R. Gary Klausner |

**WHEREAS:** (1) on September 1, 2006, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for the District of Delaware commencing Civil Action No. 1:06-cv-547 GMS (the "Action") against Defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company, AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Insurance Company, AIG Federal Savings Bank, The United States Life Insurance Company in the City of New York, AIG Life Insurance Company, American General Assurance Company, American General Indemnity Company, American General Life and Accident Insurance Company, American General Life Insurance Company, The Variable Annuity Life Insurance Company, VALIC Financial Advisors, Inc. and VALIC Retirement Services Company ("AIG Defendants"); (2) on November 2, 2006, the AIG Defendants filed their Answer and Counterclaims to RAKTL's Complaint; (3) on November 22, 2006, RAKTL filed its Reply to Counterclaims; (4) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the action and other actions to this Court, and on March 30, 2007, the MDL Order was filed in the Clerk's Office of this Court; and (5) RAKTL and the AIG Defendants have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action;

**NOW, THEREFORE,** RAKTL and the AIG Defendants jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by RAKTL against the AIG Defendants and all counterclaims asserted by the AIG Defendants against RAKTL are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. All unresolved pending motions in this Action between these settling parties shall be denied as moot.

DATED: June 27, 2008                    HELLER EHRMAN LLP


By ___\s\ **Dale A. Rice**_____
    DALE A. RICE
Attorneys for Plaintiff RONALD A. KATZ
TECHNOLOGY LICENSING, L.P.

DATED: June 27, 2008                    WEIL, GOTSHAL & MANGES LLP


By ___\s\ **Brian E. Ferguson**_____
    BRIAN E. FERGUSON
Attorneys for Defendants AMERICAN INTERNATIONAL GROUP, INC., AIG RETIREMENT SERVICES, INC., 21ST CENTURY INSURANCE GROUP, 21ST CENTURY INSURANCE COMPANY, 21ST CENTURY CASUALTY COMPANY, AIG MARKETING, INC., AIG SUNAMERICA ASSET MANAGEMENT CORP., AIG ANNUITY INSURANCE COMPANY, AIG FEDERAL SAVINGS BANK, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, AIG LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY, THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC., VALIC RETIREMENT SERVICES COMPANY