Edwin V. Woodsome, Jr. (No. 56305)
Christopher S. Ruhland (No. 175054)
DECHERT LLP
US Bank Tower
633 West 5th Street
37th Floor
Los Angeles, CA 90071-2013
Telephone: 213-808-5700
Facsimile: 213-808-5760
Email: christopher.ruhland@dechert.com

Stephen Dartt (No. 247552)
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: 512-394-3000
Facsimile: 512-394-3001
Email: stephen.dartt@dechert.com

Daniel B. Epstein (No. 240793)
DECHERT LLP
2440 W El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: 650-813-4800
Facsimile: 650-813-4848
Email: daniel.epstein@dechert.com

*Attorneys for Defendants*
*DHL Express (USA), Inc., and Sky Courier, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No. 07-ML-1816-C-RGK (FFMx) (Related to Case No.07-CV-2192-RGK-FFMx ) <br><br> Hon. R. Gary Klausner |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | [~~Proposed~~] JUDGEMENT <br><br> Ctrm: 850 |

1  For the reasons stated in the Court's Order Granting In Part And Denying In
2  Part DHL Defendants' Second Individual Motion For Summary Judgment dated
3  June 12, 2013 [MDL Dkt. No. 8245, DHL Dkt. No. 605],
4      IT IS ORDERED AND ADJUDGED:
5      that Plaintiff Ronald A. Katz Licensing, L.P., shall take nothing from
6  Defendants DHL Express (USA), Inc. and Sky Courier, Inc. (collectively "DHL
7  Defendants"), that judgment for DHL Defendants is granted, and that DHL
8  Defendants shall recover their costs of suit.

10 Dated: June 25, 2013
11     _____     HON. R. GARY KLAUSNER

14 14974398